FILED
06 SEP 13 AM 10:58
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ROBERT VICKERY,<br><br>          Plaintiff,<br><br>     v.<br><br>STRYKER CORPORATION, a Michigan corporation; STRYKER ENDOSCOPY, a Division of Stryker Corporation; STRYKER COMMUNICATIONS CORPORATION, a Nevada corporation; STRYKER COMMUNICATIONS, a business entity of unknown form; STRYKER MEDSURG GROUP, a business entity of unknown form; and DOES 1 through 30, inclusive,<br><br>          Defendants. | Case No. 06 cv 1456 H (LSP)<br><br>Complaint filed March 3, 2006<br><br>**STIPULATION RE VOLUNTARY DISMISSAL AND [PROPOSED] ORDER THEREON** |

## STIPULATION

Plaintiff Jeffery Robert Vickery ("Plaintiff") and Defendants Stryker Corporation and Stryker Communications Corporation ("Defendants"), by and through their respective counsel of record, hereby agree and stipulate pursuant to Rule 41(a), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice in its entirety, each side to

STIPULATION RE VOLUNTARY
DISMISSAL AND [PROPOSED] ORDER
THEREON

Vickery v. Stryker Corp., et al.
Case No. 06 cv 1456 H (LSP)

1  bear their own costs and attorneys' fees.  It is further
2  stipulated that Magistrate Judge Leo S. Papas shall retain
3  jurisdiction to enforce the settlement agreement between the
4  parties, if necessary.

5
6  Dated: 9-12-06

**CONNORS & ASSOCIATES**

By: *[signature]*
G. Patrick Connors III
Attorneys for Plaintiff
Jeffery Robert Vickery

10 Dated: 9-12-06

**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**

By: *[signature]*
Amy Wintersheimer Findley
Attorneys for Defendants
Stryker Corporation and
Stryker Communications
Corporation

### ORDER

Based on the above stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the above-captioned action be dismissed with prejudice in its entirety, with each side to bear their own costs and attorneys' fees, and that Magistrate Judge Leo S. Papas retain jurisdiction to enforce the settlement agreement between the parties, if necessary.

Dated: 9-12-06

*[signature]*
Hon. Marilyn L. Huff
United States District Judge

STIPULATION RE VOLUNTARY
DISMISSAL AND [PROPOSED] ORDER
THEREON
-2-

Vickery v. Stryker Corp., et al.
Case No. 06 cv 1456 H (LSP)